**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION – CINCINNATI**

| | | |
|---|---|---|
| RAVI KUMAR, | : | Case No. 1:26-cv-779 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| RICHARD K. JONES, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER OF DISMISSAL

This matter is before the Court on Petitioner's Motion to Voluntarily Dismiss Habeas Petition (Doc. 3). In the Motion, Petitioner indicates that he no longer wishes to pursue this action. (Motion, Doc. 3, Pg. ID 15.)

The Court hereby **ORDERS** that this action is **DISMISSED WITHOUT PREJUDICE**. This case is hereby **TERMINATED** from the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: ______________________
JUDGE MATTHEW W. McFARLAND